Susan S.Q. Kalra (CA State Bar No. 16740)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice* anticipated)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
Cloud Systems HoldCo IP, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| CLOUD SYSTEMS HOLDCO IP, LLC,<br><br>Plaintiff,<br>v.<br><br>CARRIER GLOBAL CORPORATION f/k/a INTERLOGIX,<br><br>Defendant. | Case No.: 8:23-cv-02269-WLH-AS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Cloud Systems HoldCo IP, LLC, hereby files this notice of dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment. The

dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 21, 2024            Respectfully submitted,

                                             RAMEY LLP

                                             /s/ Susan S.Q. Kalra
                                             Susan S.Q. Kalra (CA State Bar No. 16740)
                                             Email: skalra@rameyfirm.com
                                             5020 Montrose Blvd., Suite 800
                                             Houston, Texas 77006

                                             Southern California Office:
                                             811 Wilshire Blvd., 17th Floor
                                             Los Angeles, California 90017
                                             Telephone: (800) 993-7499
                                             Fax: (832) 900-4941

                                             /s/ William P. Ramey, III
                                             William P. Ramey, III (pro hac vice anticipated)
                                             Email: wramey@rameyfirm.com
                                             RAMEY LLP
                                             5020 Montrose Blvd., Suite 800
                                             Houston, TX 77006
                                             Telephone: (713) 426-3923
                                             Fax: (832) 689-9175

                                             ***Attorneys for Plaintiff***
                                             ***Cloud Systems HoldCo IP, LLC***